UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHIDERA VICTOR ENEMUO,<br><br>                    Petitioner,<br><br>        v.<br><br>JULIO HERNANDEZ, et al.<br><br>                    Respondents. | Case No. 2:26-cv-01439-TMC<br><br>ORDER GRANTING PETITION FOR<br>WRIT OF HABEAS CORPUS |

## I.    ORDER

Petitioner Chidera Victor Enemuo is detained at the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") in Tacoma, Washington. Dkt. 1 ¶ 13. He petitions the Court under 28 U.S.C. § 2241 for relief from physical custody, arguing that Respondents have subjected him to unconstitutionally punitive conditions by failing to treat his sickle cell disease. *Id*. ¶¶ 4–6.

Petitioner claims that, since being detained in September 2025, he has been hospitalized four times and suffered "recurrent Vaso-occlusive Crises[,] acute anemia, enlarged liver, pancreatitis, a boil on his back, bleeding from his genitals, gallstones, calcified spleen, acute chest syndrome and respiratory failure, pneumonia, diarrhea, constipation, and constant pains and aches all over his body." *Id*. ¶ 5. Petitioner attaches a declaration by Dr. Kylee Martens, who

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 1

reviewed Petitioner's medical records and concluded that NWIPC's care of Petitioner "reflects several significant deficiencies" that caused those symptoms and hospitalizations. Dkt. 1-6 at 5.

The government did not respond to the petition and instead submitted a notice that the Respondents would not be filing a return. Dkt. 11 at 1. Because Respondents "did not file a response to the [petition] and thus fail to challenge any of Petitioner's contentions," the Court finds that relief from detention is appropriate. *Vishal None v. Desert View Facility*, No. EDCV 26-00642-KK-DTBX, 2026 WL 713079, at *4 (C.D. Cal. Feb. 13, 2026); *see* 28 U.S.C. § 2243 (respondent must "show cause why the writ should not be granted").

The Court therefore GRANTS the petition for writ of habeas corpus. Dkt. 1.

1.    Respondents are ORDERED to release Petitioner Chidera Victor Enemuo from custody within ONE day of this Order.

2.    Counsel for Respondents shall submit a status report to the Court by the end of the day on May 15, 2026 confirming Petitioner's release.

Dated this 14th day of May, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS - 2